UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

|  |  |  |
|---|---|---|
| DAVID WIREMAN, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 7:19-cv-00110-GFVT |
| V. | ) ) | |
| ANDREW SAUL, Acting Commissioner of Social Security, | ) ) ) ) | **JUDGMENT** |
| Defendant. | ) | |

*** *** *** ***

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED** as follows:

1. The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay;

3. All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

4. This matter is **STRICKEN** from the Court's active docket.

This the 18th day of December, 2020.

Gregory F. Van Tatenhove
United States District Judge

2